**David W. McCUISTION, Plaintiff—Appellant,**

v.

**Mark SELING; et al., Defendants—Appellees.**

No. 03–35529.

D.C. No. CV–01–05260–RJB.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 15, 2004.

David W. McCuistion, MICC—McNeil Island Corrections Center, Steilacoom, WA, pro se.

Douglas R. Higgins, MICC—McNeil Island Corrections Center, Steilacoom, WA, pro se.

Allison Stanhope, Office of The Attorney General Social & Health Services, Olympia, WA, for Defendants–Appellees.

Appeal from the United States District Court for the Western District of Washington, Robert J. Bryan, District Judge, Presiding.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

David McCuistion, a pretrial detainee housed in the Washington state Special Commitment Center, appeals pro se the district court's dismissal and summary judgment for defendants in his 42 U.S.C. § 1983 action, alleging, *inter alia,* that he was deprived of mental health care treatment and free exercise of his religion. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Lopez v. Smith,* 203 F.3d 1122, 1131 (9th Cir.2000) (en banc), and we affirm for the reasons stated by the Magistrate Judge in his report and recommendation adopted by the district court on May 28, 2003.

We have considered McCuistion's contentions and find them unpersuasive.

AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

